

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed November 19, 2009                                                                    United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-70227-HDH-13 |
| | § | |
| STEVEN RAYMOND WARD and | § | |
| JANET LYNN WARD, | § | |
|     Debtor | § | CHAPTER 13 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| SUCCESSOR BY MERGER TO WELLS | § | |
| FARGO HOME MORTGAGE, INC. | § | |
| ITS ASSIGNS AND/OR | § | |
| SUCCESSORS IN INTEREST, | § | |
|     Movant | § | HEARING DATE: 10/28/2009 |
| | § | |
| v. | § | TIME: 11:00 AM |
| | § | |
| BOB FRY and NOLA FRY, | § | |
| Co-Debtors; and WALTER | § | |
| O'CHESKEY, Trustee | § | |
|     Respondents | § | JUDGE HARLIN D. HALE |

### DEFAULT ORDER LIFTING CO-DEBTOR STAY

Came on for consideration the unopposed Motion For Relief from the Co-Debtor Stay filed by WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, (hereinafter "MOVANT"), a secured creditor in the above entitled and numbered case. Movant's attorney represented that, after proper notice and timely service of the Motion, no answer has been filed by the Co-Debtor. Therefore, it is

ORDERED that the stay of 11 U.S.C. §1301 is lifted for the purpose of allowing Movant to exercise its rights with respect to the following described property:

LOT NUMBER EIGHT (8), BLOCK NUMBER FIVE (5), HIGH POINT VILLAGE, SECTION 3, AN ADDITION TO THE CITY OF WICHITA FALLS, WICHITA COUNTY, TEXAS, ACCORDING TO PLAT OF RECORD IN VOLUME 27, PAGES 1027-1028, WICHITA COUNTY PLAT RECORDS.

# # # END OF ORDER # # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ MITCHELL BUCHMAN
MITCHELL BUCHMAN
TX NO. 03290750
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (713) 621-8583
E-mail: NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT