Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424
(806) 748-1980
(806) 748-1956 FAX
MODT

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
STEVEN RAYMOND WARD
JANET LYNN WARD
5414 FLO DR

WICHITA FALLS, TX 76302

CASE NO:08-70227-HDH-13
HEARING DATE: 12-19-2012
HEARING TIME: 10:00 AM

DEBTOR ATTORNEY:   MONTE J WHITE

---

**MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**

Date: October 17, 2012

Pursuant to 11 U.S.C. 1329, the Standing Chapter 13 Trustee requests the following Modification of Debtor(s) confirmed Plan herein:

**I**
**History of the Case**

1. Date Case Filed:  June 12, 2008
2. Date of Section 341 Meeting: July 8, 2008
3. Date of Confirmation: October 20, 2008
4. First Payment Date: July 12, 2008
5. Total Plan Term Prior to this Modification: 60

**II**
**Modification Requested**

Base is raised from $31,530.00 to $33,620.00 from amount debtors have paid ahead payments.
Debtors have not complied with Order Compelling entered 9/20/2012.

**III**
**Reason for Modification**

Debtor(s) 2011 tax return shows that Debtor(s) received a tax refund of $4,090.00 of which $2,090.00 is due to Trustee per General Order 2010-01 for the benefit of unsecured creditors.  Debtor(s) still owe Trustee $2,090.00 of said refund.  Modification is requested to raise Debtor(s) payment and/or base amount in order to pay Trustee the said tax refund.

Respectfully Submitted,

  /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
STEVEN RAYMOND WARD                    CASE NO: 08-70227
JANET LYNN WARD                        HEARING DATE: 12-19-2012
                                       HEARING TIME: 10:00am

A/K/A:                                 A/K/A 2:
D/B/A:                                 D/B/A 2:

### NOTICE OF HEARING, PRE-HEARING CONFERENCE AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

### NOTICE OF HEARING

On 12-19-2012, which is at least twenty-eight (28) days from the date of service hereof, at 10:00am a **HEARING** on the above and foregoing "Modification of Plan After Confirmation" will be held in

| FOR LIVE COURT | FOR VIDEO COURT |
| --- | --- |
| US COURTHOUSE ROOM 222 | US COURTHOUSE ROOM 208 |
| 10TH & LAMAR STREETS | 10TH & LAMAR STREETS |
| WICHITA FALLS, TEXAS 763011234 | WICHITA FALLS, TEXAS 763011234 |

Creditors are not required to attend unless they have objections to the Modification.

### NOTICE OF PRE-HEARING CONFERENCE

A **PRE-HEARING CONFERENCE** will be held at the same location listed above at 8:30am Hearings on Motions to Modify Plans with objections not resolved at the **PRE-HEARING CONFERENCE** will be heard by the Court at the scheduled Hearing time.

**NOTICE** is hereby given that pursuant to 11 U.S.C. 1329 the attached "Modification of Plan" dated *10/17/2012*, **will be** approved by the Court as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An **"Objection to Modification"** should be filed with the Bankruptcy Court at the following address:

**CLERK OF THE BANKRUPTCY CT**
**1100 COMMERCE 1254**
**DALLAS, TEXAS 752420000**

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola
Lubbock, TX 79424
202-II

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DIVISION OF TEXAS
WICHITA FALLS DIVISION

IN RE:

STEVEN RAYMOND WARD & JANET LYNN WARD

CASE NO: 08-70227-HDH-13

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document was sent via First Class Mail to the below listed parties at the addresses supplied as follows.

| Name & Address | Name & Address |
|---|---|
| STEVEN RAYMOND WARD<br>5414 FLO DR<br><br>WICHITA FALLS,TX 76302 | JANET LYNN WARD<br><br><br>- |
| EXECUTIVE SERVICES<br>1200 AUSTIN ST<br><br>WICHITA FALLS,TX 76301-0000 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES<br>1100 COMMERCE ST MC 5027DAL<br>DALLAS,TX 75242- |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br><br>PHILADELPHIA,PA 19101-7346 |
| CHASE RECEIVABLES<br>1247 BROADWAY<br><br>SONOMA,CA 95476-0000 | MEDICAL BILLING SERVICES<br>1200 AUSTIN ST<br>PO BOX 2285<br>WICHITA FALLS,TX 76307-0000 |
| JC PENNEY<br>PO BOX 533<br><br>DALLAS,TX 75221-0000 | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br><br>GREENVILLE,SC 29603-0587 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br><br>WASHINGTON,DC 20530-0000 |
| NORTH SHORE AGENCY<br>751 SUMMA AVENUE<br><br>WESTBURY,NY 11590-0000 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br><br>FT WORTH,TX 76102-6882 |
| FIRST NATIONAL BANK OF MARIN<br>PO BOX 98873<br><br>LAS VEGAS,NV 89193-8873 | ECAST SETTLEMENT CORPORATION<br>PO BOX 35480<br><br>NEWARK,NJ 07193-5480 |
| WICHITA COUNTY TAX ASSESSOR<br>PO BOX 1471<br><br>WICHITA FALLS,TX 76307-0000 | NORTH TEXAS SURGICAL CENTER<br>917 MIDWESTERN PARKWAY<br><br>WICHITA FALLS,TX 76302-0000 |
| COUNTRY DOOR<br>1112 7TH AVENUE<br><br>MONROE,WI 53566-1364 | WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 |
| US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 | WICHITA FALLS FEDERAL CREDIT UNION<br>2100 SEYMOUR HWY<br><br>WICHITA FALLS,TX 76301-0000 |

Page 1 - Continue on Next Page

## CERTIFICATE OF SERVICE

| | |
|---|---|
| MONROE & MAIN<br>1112 7TH AVE<br><br>MONROE,WI 53566- | COUNTRY DOOR<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS,TX 75374- |
| MONROE & MAIN<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS,TX 75374- | RJM ACQUISITIONS<br>575 UNDERHILL BLVD STE 224<br><br>SYOSSET,NY 11791- |
| NORTH TEXAS ANESTHESIA GROUP<br>PO BOX 5165<br><br>WICHITA FALLS,TX 76307- | WELLS FARGO HOME MORTGAGE<br>PO BOX 10335<br><br>DES MOINES,IA 50306- |
| ASSET ACCEPTANCE LLC<br>PO BOX 2036<br><br>WARREN,MI 48090-2036 | NORTHLAND GROUP INC<br>PO BOX 390905<br><br>EDINA,MN 55439- |
| UNITED REGIONAL HEALTH CARE SYSTEM<br>1600 8TH STREET<br><br>WICHITA FALLS,TX 76301-3164 | WELLS FARGO FINANCIAL<br>PO BOX 98751<br><br>LAS VEGAS,NV 89193- |
| SAMS CLUB<br>PO BOX 530942<br><br>ATLANTA,GA 30353-0942 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 41067<br><br>NORFOLK,VA 23541- |
| MIDLAND CREDIT MANAGEMENT<br>8875 AERO DRIVE SUITE 200<br><br>SAN DIEGO,CA 92123- | KIA MOTORS FINANCE CO<br>PO BOX 20815<br><br>FOUNTAIN VALLEY,CA 92728- |
| KIA MOTORS FINANCE<br>PO BOX 20825<br><br>FOUNTAIN VALLEY,CA 92728- | ALLIED INTERSTATE<br>PO BOX 5023<br><br>NEW YORK,NY 10163- |
| Q CARDS/QVC<br>PO BOX 530905<br><br>ATLANTA,GA 30353- | CHASE CARD SERVICES<br>CARDMEMBER SERVICE<br>PO BOX 94014<br>PALATINE,IL 60094-4014 |
| PAYPAL BUYER CREDIT<br>PO BOX 960080<br><br>ORLANDO,FL 32896- | CAPITAL ONE BANK<br>PO BOX 650007<br><br>DALLAS,TX 75265- |
| OSI COLLECTION SERVICES INC<br>PO BOX 8902<br><br>WESTBURY,NY 11590-8902 | WELLS FARGO BANK NA<br>C/O LEGAL PRACTICE MANAGEMENT<br>15000 SURVEYOR BLVD STE 1720<br>ADDISON,TX 75001- |
| CREDIT ONE BANK<br>PO BOX 60500<br><br>CITY OF INDUSTRY,CA 91716- | TITANIUM EMERGENCY GROUP<br>PO BOX 3407<br>EMERGENCY ROOM PHYSICIANS<br>WICHITA FALLS,TX 76301- |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br><br>NORFOLK,VA 23541- | WELLS FARGO BANK NA<br>ONE HOME CAMPUS / MAC # X2302-04C<br>BANKRUPTCY CASH MANAGEMENT<br>DES MOINES,IA 50328- |
| GEMB<br>PO BOX 981402<br><br>EL PASO,TX 79998- | FINANCIAL CORPORATION OF AMERICA<br>PO BOX 203500<br><br>AUSTIN,TX 78720-3500 |

Page 2 - Continue on Next Page

## CERTIFICATE OF SERVICE

| | |
|---|---|
| MASSEYS<br>PO BOX 8959<br><br>MADISON,WI 53708-8959 | JC PENNY<br>PO BOX 960090<br><br>ORLANDO,FL 32896-0090 |
| TARGET NATIONAL BANK<br>C/O WEINSTEIN & RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE,WA 98121- | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br><br>SAINT CLOUD,MN 56302-9617 |
| TARGET<br>PO BOX 9475<br><br>MINNEAPOLIS,MN 55440- | UNITED REVENUE CORP<br>2041 BILLINGS ST STE 120<br><br>ARLINGTON,TX 76010- |
| GADAM M RAO MD PA<br>PO BOX 4289<br><br>WICHITA FALLS,TX 76308-0289 | BARRETT DAFFIN FRAPPIER TURNER<br>& ENGEL LLP<br>1900 ST JAMES PLACE SUITE 500<br>HOUSTON,TX 77056- |
| HARRIS CONNECT<br>PO BOX 2910<br><br>CHESAPEAKE,VA 23327- | WELLS FARGO FINANCIAL BANK<br>PO BOX 182125<br><br>COLUMBUS,OH 43218- |
| CITIBANK USA<br>PO BOX 6028<br><br>THE LAKES,NV 88901- | CITICARDS<br>PROCESSING CENTER<br><br>DES MOINES,IA 50364- |
| CREDIT BUREAU<br>105 N HARRISON ST<br><br>SHELBYVILLE,IN 46176- | IMC CREDIT SERVICES<br>PO BOX 20636<br><br>INDIANAPOLIS,IN 46220- |
| MEDICAL BUSINESS BUREAU<br>1460 RENAISSANCE D<br><br>PARK RIDGE,IL 60068- | MEDSHLD CLCT<br>PO BOX 55707<br><br>INDIANAPOLIS,IN 46205- |
| VEDAMPATTU GANESHRAM MD<br>1709 TENTH STREET<br><br>WICHITA FALLS,TX 76301- | CAPITAL RECOVERY<br>25 SE 2ND AVENUE SUITE 1120<br><br>MIAMI,FL 33131- |
| PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO REC ASSOC<br>PO BOX 41067<br>NORFOLK,VA 23541- |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br><br>ST LOUIS,MO 63195-3185 | HEAD & NECK SURGICAL ASSOCIATES<br>4327 BARNETT ROAD<br><br>WICHITA FALLS,TX 76310-2303 |
| B-LINE LLC<br>ATTN  STEVEN KANE<br>PO BOX 91121  DEPT 550<br>SEATTLE,WA 98111-9221 | EAST BAY FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE,SC 29603- |

Dated:   10/17/2012

/s/ Walter O'Cheskey
Chapter 13 Trustee
By:  A.Ammons