Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

STEVEN RAYMOND WARD
JANET LYNN WARD

CASE NO: 08-70227-HDH-13
HEARING DATE:  8/21/2013
HEARING TIME:  10:00am

**TRUSTEE'S MOTION TO DISMISS**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

Debtor is in material default of the most recent confirmed plan or modified plan per 11 U.S.C. 1307(c). The most recent confirmed plan or modified plan required the Debtor(s) to pay $0.00 per month beginning 7/12/2008. The total amount paid to the Trustee is $33,302.50 and the total amount in arrears is $317.50 through June 2013.

Certified funds must be delivered to the following address to cure this default:

**Standing Chapter 13 Trustee
PO Box 94210
Lubbock, TX 79493**

Motion to dismiss filed for failure to complete June 12, 2013.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 8/21/2013 AT 10:00am AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE SAME LOCATION AT 8:30am  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

STEVEN RAYMOND WARD & JANET LYNN WARD 5414 FLO DR  WICHITA FALLS TX 76302

BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056

B-LINE LLC ATTN  STEVEN KANE PO BOX 91121  DEPT 550 SEATTLE WA 98111

Date:    7/22/2013                                              /s/ Walter O'Cheskey
                                                                _____
                                                                Walter O'Cheskey
                                                                Chapter 13 Trustee